IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMOS DUMARCE,

Plaintiff,

vs.

MICHELLE WILHELM, Warden, in her individual capacity; et al.;

Defendants.

**4:23CV3132**

**ORDER**

In light of the pending dispositive Motion for Summary Judgment, Filing No. 28, which involves the issue of qualified immunity from suit, and the recent extension of Plaintiff's briefing deadline, *see* Filing No. 35 (text order),

IT IS ORDERED:

1. The deadlines related to the Final Pretrial Conference Order, Filing No. 21, are suspended until further order of the Court;

2. The Final Pretrial Conference scheduled for August 25, 2026, is continued until further order of the Court; and

3. The Clerk of Court shall transmit a copy of this Order to Magistrate Judge DeLuca's chambers.

Dated this 5th day of August, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge