IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMOS DUMARCE,

Plaintiff,

vs.

MICHELLE WILHELM, Warden, in her individual capacity; JESSICA RHOADES, CPL., in her individual capacity; KIMBERLY MCGILL, Correctional Administrator, in her individual capacity; and CPL. MARY K. HOWARD-WILSON, in her individual capacity;

Defendants.

**4:23CV3132**

**MEMORANDUM AND ORDER**

This matter is before the Court for case management. On October 20, 2026, the Court received and docketed Plaintiff's brief in opposition to the Defendants' summary judgment motion. Filing No. 39. Plaintiff's brief includes a certificate of service stating the brief was served on Defendants' counsel on October 13, 2026, by first-class mail. Filing No. 39 at 13. Upon review, the Court finds Plaintiff's brief was timely filed before the October 16, 2026, deadline pursuant to the prison mailbox rule. *See United States v. Harrison*, 469 F.3d 1216, 1217 (8th Cir. 2006) ("Under the prison mailbox rule, a pro se pleading is deemed filed upon deposit in the prison mail system prior to the expiration of the filing deadline.").

IT IS THEREFORE ORDERED that:

1. Plaintiff's brief is deemed timely filed.

2. Defendants shall have until November 3, 2026, to file and serve a reply brief.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **November 3, 2026**: check for Defendants' reply brief.

Dated this 21st day of October, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge